AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOODY, JR., JAMES S. | U.S. DISTRICT COURT MIDDLE DISTRICT FL | 05/07/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT JUDGE (SENIOR STATUS) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. DISTRICT COURT
801 N. FLORIDA AVE. #13A
TAMPA, FL 33602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Humana/Compbenefits, Inc. - Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | Merrill Lynch | Margin Loan | M |
| 2. | Moody Investments, LP | Loan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST CASH ACCOUNTS | A | Interest | K | T | | | | | |
| 2. TRUST ACCOUNT #1 (H) | | | | | | | | | |
| 3. ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 4. AKTS | | None | K | T | Buy | 04/27/17 | J | | |
| 5. | | | | | Buy (add'l) | 05/04/17 | J | | |
| 6. | | | | | Buy (add'l) | 07/25/17 | J | | |
| 7. ALGN | | None | | | Sold (part) | 02/23/17 | K | A | |
| 8. | | | | | Buy (add'l) | 02/28/17 | L | | |
| 9. | | | | | Sold | 04/26/17 | K | B | |
| 10. ALGT | A | Dividend | | | Buy | 06/23/17 | L | | |
| 11. | | | | | Sold | 11/09/17 | L | | |
| 12. AMBA | | None | L | T | Sold | 05/24/17 | L | C | |
| 13. | | | | | Buy | 06/20/17 | L | | |
| 14. | | | | | Buy (add'l) | 06/23/17 | J | | |
| 15. NLY | B | Dividend | K | T | | | | | |
| 16. APHQF | | None | K | T | Buy | 10/26/17 | J | | |
| 17. | | | | | Buy (add'l) | 12/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. APTI | | None | K | T | | | | | |
| 19. ARDX | | None | J | T | Buy | 11/24/17 | J | | |
| 20. ARCC | B | Dividend | K | T | | | | | |
| 21. ABX | A | Dividend | | | Sold | 11/09/17 | K | | |
| 22. GBTC | D | Dividend | K | T | Buy | 10/31/17 | K | | |
| 23. | | | | | Sold (part) | 12/14/17 | J | D | |
| 24. ACBFF | | None | K | T | Buy | 10/24/17 | J | | |
| 25. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 26. BP | B | Dividend | K | T | Buy | 02/13/17 | K | | |
| 27. SAM | | None | M | T | | | | | |
| 28. TWMJF | | None | K | T | Buy | 10/24/17 | J | | |
| 29. | | | | | Buy (add'l) | 12/01/17 | J | | |
| 30. CYBR | | None | K | T | Buy | 06/23/17 | K | | |
| 31. EGO | A | Dividend | | | Sold | 11/09/17 | J | | |
| 32. ESV | A | Dividend | K | T | Buy | 03/13/17 | K | | |
| 33. | | | | | Buy (add'l) | 05/04/17 | K | | |
| 34. | | | | | Buy (add'l) | 06/22/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | FEYE | | None | K | T | Buy (add'l) | 12/07/17 | K | | |
| 36. | LITE | | None | K | T | Buy | 07/21/17 | L | | |
| 37. | MVIS | | None | | | Buy | 04/27/17 | J | | |
| 38. | | | | | | Sold | 11/09/17 | J | | |
| 39. | NEWR | | None | | | Buy | 01/31/17 | K | | |
| 40. | | | | | | Sold | 05/24/17 | K | C | |
| 41. | NGD | | None | J | T | Buy | 03/15/17 | J | | |
| 42. | OSTK | | None | K | T | Buy | 10/19/17 | K | | |
| 43. | | | | | | Sold | 11/14/17 | K | C | |
| 44. | | | | | | Buy | 11/22/17 | L | | |
| 45. | | | | | | Sold (part) | 11/22/17 | J | A | |
| 46. | | | | | | Sold (part) | 12/05/17 | K | | |
| 47. | RF | A | Dividend | L | T | | | | | |
| 48. | RGLD | B | Dividend | | | Buy (add'l) | 05/04/17 | L | | |
| 49. | | | | | | Sold (part) | 05/19/17 | K | | |
| 50. | | | | | | Sold | 05/24/17 | M | | |
| 51. | RL | A | Dividend | | | Buy | 01/10/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/22/17 | K | | |
| 53. | | | | | Sold | 07/26/17 | L | B | |
| 54. | | | | | Buy | 07/28/17 | L | | |
| 55. | | | | | Sold | 08/23/17 | L | B | |
| 56. SNAP | | None | J | T | Buy | 08/31/17 | J | | |
| 57. SQ | | None | | | Sold (part) | 03/22/17 | K | C | |
| 58. | | | | | Buy (add'l) | 03/27/17 | K | | |
| 59. | | | | | Sold (part) | 05/24/17 | K | C | |
| 60. | | | | | Buy (add'l) | 05/25/17 | K | | |
| 61. | | | | | Sold | 06/21/17 | K | A | |
| 62. SU | B | Dividend | L | T | Sold (part) | 05/24/17 | L | | |
| 63. | | | | | Buy (add'l) | 05/25/17 | L | | |
| 64. STI | A | Dividend | J | T | | | | | |
| 65. TORXF | | None | J | T | Buy | 11/10/17 | J | | |
| 66. TWLO | | None | | | Buy | 05/22/17 | K | | |
| 67. | | | | | Sold | 06/21/17 | K | B | |
| 68. WAL | | None | L | T | Buy | 03/27/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/24/17 | K | C | |
| 70. | | | | | Buy (add'l) | 10/25/17 | L | | |
| 71. WFC | B | Dividend | L | T | Sold (part) | 03/22/17 | L | C | |
| 72. | | | | | Buy (add'l) | 03/27/17 | L | | |
| 73. WYNN | A | Dividend | | | Sold (part) | 01/25/17 | L | B | |
| 74. | | | | | Sold (part) | 03/22/17 | L | E | |
| 75. | | | | | Buy (add'l) | 04/27/17 | M | | |
| 76. | | | | | Sold (part) | 05/01/17 | K | A | |
| 77. | | | | | Sold | 05/03/17 | L | C | |
| 78. CSQ | A | Dividend | J | T | | | | | |
| 79. TRUST ACCOUNT #2 (H) | | | | | | | | | |
| 80. ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 81. NLY | B | Dividend | K | T | | | | | |
| 82. BAC | D | Dividend | O | T | | | | | |
| 83. RGLD | A | Dividend | M | T | Buy (add'l) | 10/20/17 | L | | |
| 84. VIVHY | | None | J | T | Buy | 12/07/17 | J | | |
| 85. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 87. BP | A | Dividend | J | T | | | | | |
| 88. VLO | A | Dividend | K | T | | | | | |
| 89. WFC | A | Dividend | J | T | | | | | |
| 90. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 91. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 92. BP | A | Dividend | J | T | | | | | |
| 93. VLO | A | Dividend | K | T | | | | | |
| 94. WFC | A | Dividend | J | T | | | | | |
| 95. BROKERAGE ACCOUNT #3 (H) | | | | | | | | | |
| 96. ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 97. COP | A | Dividend | | | Sold | 10/30/17 | K | B | |
| 98. PG | A | Dividend | K | T | | | | | |
| 99. TRV | A | Dividend | K | T | | | | | |
| 100. DITEX | A | Dividend | | | Sold | 10/31/17 | J | | |
| 101. SBUX | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 102. VLO | A | Dividend | J | T | Buy | 10/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. CSQ | A | Dividend | J | T | Buy | 10/30/17 | J | | |
| 104. CUSTODIAL ACCOUNT #1 (H) | | | | | | | | | |
| 105. ML CASH ACCOUNT | A | Dividend | J | T | | | | | |
| 106. NLY | A | Dividend | J | T | | | | | |
| 107. RGLD | A | Dividend | J | T | | | | | |
| 108. SBUX | | None | J | T | Buy | 02/13/17 | J | | |
| 109. VIVHY | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 110. CSQ | A | Dividend | J | T | | | | | |
| 111. CUSTODIAL ACCOUNT #2 (H) | | | | | | | | | |
| 112. ML CASH ACCOUNT | A | Dividend | J | T | | | | | |
| 113. NLY | A | Dividend | J | T | | | | | |
| 114. RGLD | A | Dividend | J | T | | | | | |
| 115. SBUX | | None | J | T | Buy | 02/13/17 | J | | |
| 116. VIVHY | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 117. CSQ | A | Dividend | J | T | | | | | |
| 118. CUSTODIAL ACCOUNT #3 (H) | | | | | | | | | |
| 119. ML CASH ACCOUNT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. NLY | A | Dividend | J | T | | | | | |
| 121. RGLD | A | Dividend | J | T | | | | | |
| 122. SBUX | | None | J | T | Buy | 02/13/17 | J | | |
| 123. VIVHY | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 124. CSQ | A | Dividend | J | T | | | | | |
| 125. CUSTODIAL ACCOUNT #4 (H) | | | | | | | | | |
| 126. ML CASH ACCOUNT | A | Dividend | J | T | | | | | |
| 127. NLY | A | Dividend | J | T | | | | | |
| 128. RGLD | A | Dividend | J | T | | | | | |
| 129. SBUX | | None | J | T | Buy | 02/13/17 | J | | |
| 130. VIVHY | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 131. CSQ | A | Dividend | J | T | | | | | |
| 132. CUSTODIAL ACCOUNT #5 (H) | | | | | | | | | |
| 133. ML CASH ACCOUNT | A | Dividend | J | T | | | | | |
| 134. NLY | A | Dividend | J | T | | | | | |
| 135. RGLD | A | Dividend | J | T | | | | | |
| 136. SBUX | | None | J | T | Buy | 02/13/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. VIVHY | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 138. CSQ | A | Dividend | J | T | | | | | |
| 139. CUSTODIAL ACCOUNT #6 (H) | | | | | | | | | |
| 140. ML CASH ACCOUNT | A | Dividend | J | T | | | | | |
| 141. NLY | A | Dividend | J | T | | | | | |
| 142. RGLD | A | Dividend | J | T | | | | | |
| 143. SBUX | | None | J | T | Buy | 02/13/17 | J | | |
| 144. VIVHY | A | Dividend | J | T | Buy | 12/11/17 | J | | |
| 145. CSQ | A | Dividend | J | T | | | | | |
| 146. OTHER HOLDINGS (H) | | | | | | | | | |
| 147. MOODY INVESTMENTS FAMILY LIMITED PARTNERSHIP | G | Int./Div. | P1 | T | | | | | |
| 148. GEO THERMAL | B | Distribution | K | W | | | | | |
| 149. FIRST TAMPA ALEXANDER | | None | M | W | | | | | |
| 150. MISSOURI MIDWAY | D | Interest | L | W | Distributed (part) | 11/01/17 | M | | |
| 151. REAL PROPERTY (H) | | | | | | | | | |
| 152. Investment Property #1, Valrico, FL | | None | M | W | | | | | |
| 153. Investment Property #2, Longboat Key, FL | D | Rent | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Investment Property #3, Hillsborough Co., FL | D | Rent | N | W | | | | | |
| 155. Investment Property #4, Celo, NC | | None | O | W | | | | | |
| 156. Investment Property #5, Highlands, NC | | None | M | W | | | | | |
| 157. Investment Property #6, Highlands, NC | C | Rent | N | W | | | | | |
| 158. Investment Property #7, Highlands, NC | B | Rent | O | W | | | | | |
| 159. Investment Property #8, Plant City, FL | C | Rent | O | W | | | | | |
| 160. Investment Property #9, Plant City, FL | | None | N | W | | | | | |
| 161. Investment Property #10, Tampa, FL | D | Rent | M | W | | | | | |
| 162. Investment Property #11, Tampa FL | D | Rent | M | W | | | | | |
| 163. Investment Property #12, Tampa FL | D | Rent | M | W | | | | | |
| 164. Investment Property #13, Tampa FL | E | Rent | N | W | | | | | |
| 165. Investment Property #14, Tampa FL | | None | N | W | | | | | |
| 166. Investment Property #15, Tampa FL | D | Rent | M | W | | | | | |
| 167. Investment Property #16, Tampa FL | D | Rent | N | W | | | | | |
| 168. Investment Property #17, St. Petersburg, FL | E | Rent | N | W | | | | | |
| 169. Investment Property #18, St. Petersburg, FL | E | Rent | N | W | | | | | |
| 170. Investment Property #19, Gainesville, FL | | None | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. OPTIONS (H) | | | | | | | | | |
| 172. CALL WYNN (option) | | None | | | Sold | 01/27/17 | J | | |
| 173. | | | | | Sold | 04/25/17 | J | | |
| 174. CALL WFC (option) | | None | | | Sold | 01/27/17 | J | | |
| 175. CALL SAM (option) | | None | | | Sold | 02/24/17 | J | | |
| 176. | | | | | Sold | 05/02/17 | J | | |
| 177. | | | | | Sold | 11/21/17 | J | | |
| 178. CALL AMBA (option) | | None | | | Sold | 01/30/17 | J | | |
| 179. | | | | | Sold | 03/23/17 | J | | |
| 180. | | | | | Sold | 05/02/17 | J | | |
| 181. | | | | | Sold | 11/21/17 | J | C | |
| 182. | | | | | Sold | 12/18/17 | J | | |
| 183. CALL ALGT (option) | | None | | | Sold | 07/26/17 | J | | |
| 184. CALL APTI (option) | | None | | | Sold | 11/21/17 | J | | |
| 185. CALL FEYE (option) | | None | | | Sold | 07/26/17 | J | | |
| 186. CALL LITE (option) | | None | | | Sold | 07/21/17 | J | | |
| 187. | | | | | Sold | 11/21/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CALL OSTK (option) | | None | | | Sold | 10/18/17 | J | | |
| 189. | | | | | Sold | 12/21/17 | J | | |
| 190. CALL RGLD (option) | | None | | | Sold | 01/27/17 | J | | |
| 191. | | | | | Sold | 03/23/17 | J | | |
| 192. | | | | | Sold | 05/02/17 | J | | |
| 193. CALL RL (option) | | None | | | Sold | 01/06/17 | J | | |
| 194. | | | | | Sold | 07/26/17 | J | B | |
| 195. CALL SQ (option) | | None | | | Sold | 05/23/17 | J | | |
| 196. CALL ALGN (option) | | None | | | Sold | 02/24/17 | J | | |
| 197. CALL ESV (option) | | None | | | Sold | 05/23/17 | J | | |
| 198. CALL WAL | | None | | | Sold | 10/24/17 | J | B | |
| 199. PUT RGLD (option) | | None | | | Sold | 05/20/17 | J | | |
| 200. | | | | | Sold | 06/20/17 | J | | |
| 201. | | | | | Sold | 09/21/17 | J | | |
| 202. PUT TWLO (option) | | None | | | Sold | 06/20/17 | J | | |
| 203. PUT WYNN (option) | | None | | | Sold | 02/17/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOODY, JR., JAMES S. | 05/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 147: This entry represents a limited partnership interest. The entity was duly registered in the state of Florida. Its business offices and operations are located in another state and run by an individual whose information is not subject to this disclosure. As a limited partner, the filer has no knowledge of, and no control over, the specific assets or activities of the limited partnership; his interest is reported per page 24 of the Alphabetical Reference. All holdings in which the filer, or any other individual subject to this disclosure, has a personal ownership share are separately identified in Part VII.

Part VII, lines 172-203: Each put or call transaction is an independent contract creating the right, but not the obligation, to make future sales or purchases of specific assets. They are not fixed assets, therefore either purchases or sales of individual options can be used to either open or close a contract; they do not generate income. Purchases and sales of any optioned holdings are reported separately from these contracts.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ JAMES S. MOODY, JR.

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544